**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERIMA LEWIS and DAVID LEWIN,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF BERKELEY,<br><br>　　　　Defendant.<br>_____/ | No. C 08-5089 WDB<br><br>CASE MANAGEMENT ORDER FOLLOWING REASSIGNMENT |

　　　On January 5, 2009, the Court deemed this action related to C08-2313 WDB. As a result, this matter has been reassigned to the undersigned.

　　　The Court ADOPTS Judge Spero's Order, filed January 6, 2009. Accordingly, if plaintiffs elect to proceed with this action, then **by January 19, 2009,** plaintiffs must file with the Court and serve on defendant their First Amended Complaint.

　　　If defendant elects to challenge the legal viability of plaintiffs' claims, then **by February 18, 2009,** defendant must file with the Court and serve defendant's motion to dismiss the First Amended Complaint.

　　　**On Wednesday, March 25, 2009, at 3:00 p.m.,** the Court will conduct a hearing in connection with defendant's motion to dismiss.

1

1  In the alternative, if defendant opts to respond to the First Amended Complaint by
2  filing an Answer, the Court will conduct the initial case management conference **on**
3  **Wednesday, March 25, 2009, at 3:00 p.m.**
4  IT IS SO ORDERED.
5  Dated:   January 7, 2009

_____
WAYNE D. BRAZIL
United States Magistrate Judge